1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER BRASSELER HOLDING, L.P., et al.,                    No. C 07-80289 MISC WHA

        Plaintiff,                    **Clerk's Notice Scheduling
Motion Hearing**

  v.

GEBR. BRASSELER GMBH & CO., KG., et al.,

        Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the Motion to Quash, Motion for Protective Order and Request for Monetary Sanctions for **Friday, January 4, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: January 3, 2008                    FOR THE COURT,

                                   Richard W. Wieking, Clerk

                                   By:_____
                                    Dawn K. Toland
                                    Courtroom Deputy to the
                                    Honorable William Alsup