UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 4, 2008

Case No.  C 07-80289 WHA

Title: PETER BRASSELER HOLDING  v. GEBR. BRASSELER GMBH & CO

Plaintiff Attorneys: Christopher Van Gundy

Defense Attorneys: Michael McNaughton (representing Kenneth Hollander)

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Motion to Quash, Motion for Protective Order and Sanctions - HELD

2)

Continued to     for Motions

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

The motion to quash is denied. The deposition shall take place tomorrow in Georgia.